FILED
JUL 20 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:22CR0067 |
|---|---|---|
| v. | ) | 18 U.S.C. § 922(a)(6) |
| DAVONN LONG | ) | |

## INDICTMENT

On or about the following dates, in the Northern District of Indiana,

**DAVONN LONG**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person, all in violation of Title 18, United States Code,

1

Section 922(a)(6).

| Count | Date | Firearms Dealer |
|---|---|---|
| 1 | October 22, 2019 | Westforth Sports Shop |
| 2 | November 16, 2019 | Westforth Sports Shop |
| 3 | February 6, 2020 | Westforth Sports Shop |
| 4 | February 9, 2020 | Ammo & Gun Supply |
| 5 | April 11, 2020 | Westforth Sports Shop |
| 6 | April 27, 2020 | Westforth Sports Shop |
| 7 | May 16, 2020 | Westforth Sports Shop |
| 8 | May 28, 2020 | Westforth Sports Shop |
| 9 | May 28, 2020 | South County Gun Co. LLC |
| 10 | May 29, 2020 | South County Gun Co. LLC |

A TRUE BILL:

/s/ FOREPERSON
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Patrick D. Grindlay
Patrick D. Grindlay
Special Assistant United States Attorney

2